IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERARDO RODARTE,<br><br>        Plaintiff,<br><br> v.<br><br>SKAGIT COUNTY, et al.,<br><br>        Defendants. | No.  2:20-cv-00885-BJR<br><br>ORDER SETTING TRIAL DEADLINES |

On January 27, 2023, the Ninth Circuit affirmed the Court's order denying summary judgment on Plaintiff's fabrication-of-evidence claim against Defendant Gutierrez.  Dkt. 27; *see* Dkt. 26.  This matter now being ready for trial, the Court, having reviewed the parties' joint status report on their counsel's availability for trial, ORDERS as follows:

1. Trial shall commence on June 19, 2023.

2. Motions in limine shall be filed no later than May 22, 2023.  Except upon a showing of good cause, any motions in limine shall be filed as one motion.  Motions in limine and oppositions thereto shall not exceed 15 pages.  Any opposition to a motion in limine shall be filed no later than 14 days after the motion is filed.  No reply in support of a motion in limine is authorized unless otherwise ordered by the Court.

3. The Joint Pretrial Statement shall be filed by June 6, 2023.

ORDER - 1

4.  The Pretrial Conference will be held on June 12, 2023 at 11:00 a.m.

Dated:  February 14, 2023

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2