Patrick McMahon, WSBA #18809
Carlson & McMahon, PLLC
Attorney for Defendant Joseph Gutierrez
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERARDO RODARTE,<br><br>                    Plaintiff,<br><br>       vs.<br><br>JOSEPH GUTIERREZ, an individual and in his official capacity as a Skagit County Employee,<br><br>                    Defendant. | NO. 2:20-cv-00885-BJR<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

THE ABOVE-ENTITLED ACTION, having been fully settled and compromised as to Plaintiff GERARDO RODARTE's action against Defendant JOSEPH GUTIERREZ, an individual and in his official capacity as a Skagit County Employee, the undersigned attorneys for the respective parties hereby stipulate to the entry of an Order of Dismissal with Prejudice without cost or attorney fees to either party.

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - Page 1

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
509-662-6131  Fax 509-663-0679

| Dated this 9th day of May, 2023. | Dated this 9th day of May, 2023. |
|---|---|
| Carlson & McMahon, PLLC | Valdez Lehman, PLLC |
| By: /s/ Patrick McMahon | By: /s/ Jesus ("Jesse") Valdez |
| Patrick McMahon, WSBA #18809<br>Attorney for Defendant Gutierrez | Jesus ("Jesse") Valdez, WSBA #35378<br>Attorney for Plaintiff |

ORDER

THE ABOVE MATTER coming on regularly for hearing this date in open court upon the stipulation of the parties for the entry of an Order of Dismissal with Prejudice and without cost or attorney fees to either party. NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants are hereby dismissed with prejudice and without cost or attorney fees to either party.

DATED this 10th day of May, 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

CARLSON & McMAHON, PLLC

By:   /s/ Patrick McMahon
PATRICK MCMAHON, WSBA #18809
Attorney for Defendant Gutierrez

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - Page 2

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
509-662-6131  Fax 509-663-0679

1  Approved as to Form and Content;
   Notice of Presentation Waived:

2  VALDEZ LEHMAN, PLLC

3

4
   By:   /s/ Jesus ("Jesse") Valdez
5        JESUS ("JESSE") VALDEZ, WSBA #35378
         Attorney for Plaintiff
6

7

8  WCRP05-002515\PLE\STIP ORD DISMISSAL 050923

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - Page 3

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
509-662-6131  Fax 509-663-0679